**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Equal Employment Opportunity Commission
                                           Plaintiff,

v.                                         Case No.: 1:23−cv−14021
                                         Honorable Edmond E. Chang

United Parcel Service
                                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 10, 2023:

      MINUTE entry before the Honorable Edmond E. Chang: Initial tracking status hearing set for 11/10/2023 at 8:30 a.m. to track the case only (no appearance is required, the case will not be called). Instead, the Court will set the case schedule after reviewing the written status report. The parties must file a joint initial status report with the content described in the attached status report requirements by 11/02/2023. Plaintiff must still file the report even if Defendant has not responded to requests to craft a joint report. If Defendant has not been served, then Plaintiff must complete the part of the report on the progress of service. Also, counsel must carefully review Judge Chang's Case Management Procedures, available online at ilnd.uscourts.gov (navigate to Judges / District Judges / Judge Edmond E. Chang). Because the Procedures are occasionally revised, counsel must read them anew even if the counsel or the party has appeared before Judge Chang in other cases. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.