**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: EEOC v. UPS    Case Number: No. 1:23-cv-14021

An appearance is hereby filed by the undersigned as attorney for:
Kurt Bernabei, Plaintiff-Intervenor

Attorney name (type or print): Jin-Ho Chung

Firm:    Equip for Equality

Street address:    20 N. Michigan Ave., Suite 300

City/State/Zip:    Chicago, IL 60602

Bar ID Number: 6270891    Telephone Number:    312-895-7312
(See item 3 in instructions)

Email Address: jinho@equipforequality.org

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ Yes | ☒ No |
| Are you a member of the court's general bar? | X Yes | ☐ No |
| Are you a member of the court's trial bar? | X Yes | ☐ No |
| Are you appearing *pro hac vice*? | ☐ Yes | X No |
| If this case reaches trial, will you act as the trial attorney? | X Yes | ☐ No |

If this is a criminal case, check your status.    ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 2023-10-06

Attorney signature:    S/ Jin-Ho Chung
(Use electronic signature if the appearance form is filed electronically.)

Revised  7/19/2023