# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Equal Employment Opportunity Commission

Plaintiff,

v.          Case No.: 1:23−cv−14021

Honorable Edmond E. Chang

United Parcel Service

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 20, 2023:

    MINUTE entry before the Honorable Edmond E. Chang: On the proposed intervenor's motion [8] to intervene, the motion says that the EEOC does not object but UPS has not formulated a position (nor have they filed an appearance). It would be better to await the appearance of UPS before setting a briefing schedule. The status report deadline remains in place. The notice of motion is vacated. The status−report deadline remains in place. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.