# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Equal Employment Opportunity Commission v. United Parcel Service

Case Number: 1:23-cv-14021

An appearance is hereby filed by the undersigned as attorney for:

Plaintiff Equal Employment Opportunity Commission

Attorney name (type or print): Elizabeth Banaszak

Firm: Equal Employment Opportunity Commission

Street address: 230 S Dearborn, Suite 2920

City/State/Zip: Chicago, IL 60604

Bar ID Number: 6299035
(See item 3 in instructions)

Telephone Number: 312-872-9676

Email Address: elizabeth.banaszak@eeoc.gov

Are you acting as lead counsel in this case? ☐ Yes ☑ No

Are you a member of the court's general bar? ☑ Yes ☐ No

Are you a member of the court's trial bar? ☐ Yes ☐ No

Are you appearing *pro hac vice*? ☐ Yes ☐ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on October 24, 2023

Attorney signature: S/ Elizabeth Banaszak

(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023