# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Equal Employment Opportunity Commission

                                                    Plaintiff,

v.                                                      Case No.: 1:23−cv−14021

                                                     Honorable Edmond E. Chang

United Parcel Service

                                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 2, 2023:

      MINUTE entry before the Honorable Edmond E. Chang: On the proposed intervenor's amended motion to intervene [15], the motion the motion is granted as unopposed. The intervenor Plaintiff to file his complaint on the docket. The original motion to intervene [8] is terminated as moot. Defendant UPS having waived service, R. 13, the tracking status set for 11/10/2023 is reset to 01/12/2024 at 8:30 a.m. to track the case only (no appearance is required, the case will not be called). The status−report deadline of 11/02/2023, R. 5, is extended to 01/04/2024. The notice of motion date of 11/06/2023 is vacated. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.