# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> UNITED PARCEL SERVICE, INC.. <br><br> Defendant. <br> _____ <br><br> KURT BERNABEL, <br><br> Plaintiff-Intervenor. | Case No.: 1:23-cv-14021 <br><br> Honorable Edmond E. Chang <br><br> Magistrate Judge Gabriel A. Fuentes <br><br> Jury Demanded |

## DEFENDANT'S LOCAL RULE 3.2
## NOTIFICATION OF AFFILIATES

Defendant submits its Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2.

Defendant, United Parcel Service, Inc., an Ohio corporation, states that it is a wholly owned subsidiary of United Parcel Service, Inc., which is a publicly held Delaware corporation.

DATED: November 16, 2023                     UNITED PARCEL SERVICE, INC.


                                             By: /s/*Gary R. Clark*
                                                 One of Its Attorneys

Gary R. Clark (ARDC #6271092)
Quarles & Brady LLP
300 North LaSalle Street
Chicago, IL 60654
(312) 715-5000
Gary.Clark@quarles.com

QB\85857835.1

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned, an attorney, hereby certifies that on November 16, 2023, I caused a copy of the foregoing **DEFENDANT'S LOCAL RULE 3.2 CORPORATE DISCLOSURE STATEMENT,** to be electronically filed using the court's CM/ECF system, which will serve notice of same upon all counsel of record at their email addresses on file with the court.

                                                              /s/*Gary R. Clark*
                                                             Gary R. Clark