# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) Case No.: 1:23-cv-14021 ) |
| v. | ) Honorable Edmond E. Chang ) ) Magistrate Judge Gabriel A. Fuentes |
| UNITED PARCEL SERVICE, INC. | ) ) |
| Defendant. | ) Jury Demanded ) ) |
| KURT BERNABEI, | ) ) ) |
| Plaintiff-Intervenor. | ) |

## NOTICE OF MOTION

TO:   See attached Certificate of Service

PLEASE TAKE NOTICE that on **Wednesday, November 22, 2023**, at **8:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Edmond E. Chang, in Courtroom 2341 at 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached **DEFENDANT'S UNOPPOSED MOTION FOR ADDITIONAL TIME TO ANSWER OR OTHERWISE RESPOND**, a copy of which is hereby served upon you.

                                              Respectfully submitted,

                                              UNITED PARCEL SERVICE, INC.

                                              By:   s/ Gary R. Clark
                                                        One of Its Attorneys

Gary R. Clark (ARDC #6271092)
Quarles & Brady LLP
300 N. LaSalle St., Ste. 4000
Chicago, IL  60654
(312) 715-5000
(312) 715-5155 (fax)
Gary.Clark@Quarles.com

QB\920018.02530\85858882.1

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on November 16, 2023, I caused a copy of the foregoing **DEFENDANT'S UNOPPOSED MOTION FOR ADDITIONAL TIME TO ANSWER OR OTHERWISE RESPOND,** to be electronically filed using the court's CM/ECF system, which will serve notice of same upon all counsel of record at their email addresses on file with the court.

                                                           s/*Gary R. Clark*
                                                          Gary R. Clark