# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: U.S. Equal Employment Opportunity Commission v. United Parcel Service

Case Number: 1:23-cv-14021

An appearance is hereby filed by the undersigned as attorney for:

United Parcel Service, Inc.

Attorney name (type or print): Kristin C. Foster

Firm: Quarles & Brady LLP

Street address: 411 East Wisconsin Avenue, Suite 2400

City/State/Zip: Milwaukee, WI 53202-4428

Bar ID Number: 6316814
(See item 3 in instructions)

Telephone Number: 414-277-5136

Email Address: kristin.foster@quarles.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | | ✓ |
| Are you a member of the court's general bar? | ✓ | |
| Are you a member of the court's trial bar? | | ✓ |
| Are you appearing *pro hac vice*? | | ✓ |
| If this case reaches trial, will you act as the trial attorney? | | ✓ |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 11-16-2023

Attorney signature: S/ Kristin C. Foster

(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023