IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Case No.: 1:23-cv-14021 |
| v. | ) ) ) | Honorable Edmond E. Chang |
| UNITED PARCEL SERVICE, INC. | ) ) | Magistrate Judge Gabriel A. Fuentes |
| Defendant. | ) ) | |

**NOTICE OF MOTION**

TO:     See attached Certificate of Service

PLEASE TAKE NOTICE that on **Thursday, December 28, 2023**, at **8:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Edmond E. Chang, in Courtroom 2341 at 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached **UPS'S MOTION TO DISMISS EEOC'S COMPLAINT**, a copy of which is hereby served upon you.

Respectfully submitted,

UNITED PARCEL SERVICE, INC.

By:  s/ Gary R. Clark
      One of Its Attorneys

Gary R. Clark (ARDC #6271092)
Quarles & Brady LLP
300 N. LaSalle St., Ste. 4000
Chicago, IL  60654
(312) 715-5000
(312) 715-5155 (fax)
Gary.Clark@Quarles.com

QB\920018.02530\85858882.1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on December 22, 2023, the foregoing **UPS'S NOTICE OF MOTION TO DISMISS** was filed electronically using the Court's CM/ECF system. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system at the email addresses indicated below. Parties may access this filing though the Court's system:

*Counsel for Plaintiff*
Laurie Elkin
U.S. Equal Employment
 Opportunity Commission
Chicago District Office
230 S. Dearborn Street, Ste. 2920
Chicago, IL 60304
Lauri.elkin@eeoc.gov

*Counsel for Plaintiff-Intervenor*
Paul W. Mollica
Jin-Ho Chung
Equip for Equality
20 N. Michigan Avenue, Suite 400
Chicago, IL 60602
paulm@equipforequality.org
JinHo@equipforequality.org

                                     s/*Gary R. Clark*
                                        Gary R. Clark