**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | **NO. 1:23-CV-14021** |
| **Plaintiff,** | |
| **vs.** | **Judge Edmund E. Chang** |
| | **Magistrate Judge Gabriel A. Fuentes** |
| **UNITED PARCEL SERVICE, Inc.** | |
| **Defendant.** | |

### AGREED MOTION TO ENTER PROPOSED ORDER SETTING BRIEFING SCHEDULE ON UPS' MOTION TO DISMISS EEOC'S COMPLAINT (Dkt. 24)

Plaintiff Equal Employment Opportunity Commission ("EEOC") moves for entry of the attached agreed proposed order setting a briefing schedule on UPS' Motion to Dismiss EEOC's Complaint (Dkt. 24). In support of this motion, EEOC states:

1. On December 22, 2023, UPS filed its Motion to Dismiss EEOC's Complaint.

2. On December 26, 2023, counsel for EEOC and counsel for UPS conferred and agreed to a proposed briefing schedule pursuant to which EEOC will have until January 22, 2024 to file its response to UPS' Motion to Dismiss and UPS will have until February 5, 2024 to file its reply in support of its Motion to Dismiss.

WHEREFORE, EEOC respectfully requests that the Court enter the attached proposed order setting a briefing schedule on UPS' Motion to Dismiss.

Respectfully submitted,

*Laurie S. Elkin*
Laurie S. Elkin
Sr. Trial Attorney
EEOC
230 S. Dearborn
Chicago, IL 60604
(312) 872-9708