IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br> vs. <br><br> UNITED PARCEL SERVICE, Inc. <br><br> Defendant. | NO. 1:23-CV-14021 <br><br> **Judge Edmund E. Chang** <br> **Magistrate Judge Gabriel A. Fuentes** |

**ORDER SETTING BRIEFING SCHEDULE ON UPS'
MOTION TO DISMISS (Dkt. 24)**

The Court received EEOC's Agreed Motion to Set a Proposed Briefing Schedule on UPS' Motion to Dismiss (Dkt. 24). Based on the proposed briefing schedule, the Court hereby sets the following briefing schedule on UPS' Motion to Dismiss:

The EEOC will have until January 22, 2024 to file its response to UPS' Motion to Dismiss, and UPS will have until February 5, 2024 to file its reply in support of its Motion to Dismiss.

Date: Month ##, 20XX

_____
Edmund E. Chang
United States District Judge