IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED PARCEL SERVICE, Inc.<br><br>Defendant. | NO. 1:23-CV-14021<br><br>**Judge Edmund E. Chang**<br>**Magistrate Judge Gabriel A. Fuentes** |

## NOTICE OF MOTION

TO: All counsel of record

PLEASE TAKE NOTICE that on **Thursday, January 4**, at **8:30 a.m.**, or as soon thereafter as counsel may be heard, counsel for Plaintiff shall appear before the Honorable Judge Edmund E. Chang, in Courtroom 2341 at 219 South Dearborn Street, Chicago, Illinois, and present **EEOC's MOTION TO SET A BRIEFING SCHEDULE ON UPS' MOTION TO DISMISS EEOC'S COMPLAINT**.

Respectfully submitted,

*Laurie S. Elkin*
Sr. Trial Attorney
EEOC
230 S. Dearborn, 29th Floor
Chicago, Illinois 60604
(312) 872-9708