# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Equal Employment Opportunity Commission

                                                  Plaintiff,

v.                                                        Case No.: 1:23−cv−14021

                                                                 Honorable Edmond E. Chang

United Parcel Service

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 29, 2023:

        MINUTE entry before the Honorable Edmond E. Chang: (1.) The agreed motion to set briefing schedule [28] is granted: the EEOC's response to the dismissal motion is due on 01/22/2024. UPS shall reply by 02/05/2024. (2.) The status−report deadline of 01/04/2024 remains in place, see R. 5−1, R. 17. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.