# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Equal Employment Opportunity Commission
Plaintiff,

v.                                                                           Case No.: 1:23−cv−14021
                                                                              Honorable Edmond E. Chang

United Parcel Service
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 11, 2024:

       MINUTE entry before the Honorable Edmond E. Chang: On review of the status report, R. 33, the Court will conduct a preliminary review of the dismissal−motion briefs (the reply is due on 02/05/2024) and then decide whether discovery ought to move forward during the motion's pendency. For now, discovery is paused. The tracking status hearing of 01/12/2024 is reset to 02/09/2024 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.