# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Equal Employment Opportunity Commission
                                        Plaintiff,

v.                                                       Case No.: 1:23−cv−14021
                                                       Honorable Edmond E. Chang

United Parcel Service
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 8, 2024:

      MINUTE entry before the Honorable Edmond E. Chang: (1.) Based on a preliminary review of the dismissal−motion briefs, discovery shall commence in light of the relatively modest prospects of the dismissal motion's success. Also, the specter of undue burden on UPS is not likely to materialize, given the limited number of individuals who hold or have held DOT hearing exemptions during the relevant period (10/2019 to the present), and further limited to those who would otherwise be in a position to apply to be a driver of a DOT−regulated vehicle at UPS. The concern of lopsidedness simply arises from the usual discovery imbalance in government−agency affirmative litigation, and UPS will be given sufficient time to engage in discovery as appropriate. (2.)Rule 26(a)(1) disclosures due 02/29/2024. The first round of written discovery requests must be issued by 03/08/2024. The EEOC shall identify all Aggrieved Individuals by 05/23/2024. Fact close 09/23/2024, but the Court will adjust the fact−discovery deadline on good cause. **No summary judgment motion may be filed before the close of fact discovery without prior authorization of the Court.** The Court will set the expert−discovery schedule later. The tracking status hearing of 02/09/2024 is reset to 03/22/2024 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Instead, the parties shall file a discovery progress report by 03/15/2024, confirming that initial disclosures were made and the first round of written discovery requests were issued (and reporting on any other pertinent issues). Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.