# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Equal Employment Opportunity Commission
Plaintiff,

v.  Case No.: 1:23−cv−14021
Honorable Edmond E. Chang

United Parcel Service
Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 18, 2024:

MINUTE entry before the Honorable Edmond E. Chang: On review of the status report, R. 38, the parties confirmed that they have exchange initial disclosures and the first set of written discovery requests. The EEOC has so far identified three aggrieved individuals for which relief will be sought and discovery has begun as to those individuals too. The tracking status hearing of 03/22/2024 is reset to 05/31/2024 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Instead, the parties shall file a discovery progress report by 05/24/2024. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.