# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Equal Employment Opportunity Commission

                                 Plaintiff,

v.                                                             Case No.: 1:23−cv−14021

                                                                     Honorable Sunil R. Harjani

United Parcel Service

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 5, 2024:

      MINUTE entry before the Honorable Sunil R. Harjani: This case has been reassigned to the calendar of Judge Sunil R. Harjani. Upon review of the docket, this case is referred to the Magistrate Judge for discovery supervision (including adjusting all deadlines as needed), resolution of discovery motions, and settlement discussions. The discovery schedule set on 2/8/2024 stands, but the Magistrate Judge may adjust those deadlines as necessary. No summary judgment motion may be filed until an in−person status conference has been held with the Court in Courtroom 1725. An in−person status hearing is set for 10/1/2024 at 9:15 a.m., after the close of fact discovery. Defendant's motion to dismiss [24] is fully briefed and taken under advisement. The Court will issue a ruling via CM/ECF. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.