**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Equal Employment Opportunity Commission
                              Plaintiff,

v.                                           Case No.: 1:23−cv−14021
                                                       Honorable Sunil R. Harjani

United Parcel Service
                              Defendant.

**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Gabriel A. Fuentes for the purpose of holding proceedings related to: discovery supervision (including adjusting all deadlines as needed), resolution of discovery motions, and settlement discussions. (lxs, )Mailed notice.

Dated: April 5, 2024

                                                                          /s/ Sunil R. Harjani

                                                                  United States District Judge