## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Equal Employment Opportunity Commission
                                                    Plaintiff,

v.                                                  Case No.: 1:23−cv−14021
                                                    Honorable Sunil R. Harjani

United Parcel Service
                                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 20, 2024:

    MINUTE entry before the Honorable Gabriel A. Fuentes: The parties having inquired with the courtroom deputy concerning a settlement conference, a pre−settlement telephonic conference with counsel is set for 1:30 p.m. on 5/24/24 to discuss format and scheduling of a settlement conference. Counsel should contact the magistrate judge jointly at the time of the pre−settlement conference on the number to be provided to them by the courtroom deputy. Counsel are further directed to review the Court 9;s Standing Order for Settlement Conferences and Top Ten Ways to Defeat Settlement, both available on the Court's website. Further, the parties are invited, if they wish, to communicate their pronouns for counsel or clients to the courtroom deputy, Lauren Knight, at 312−818−6514. The judge's pronouns are he/him/his. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.