**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | )<br>)<br>) |
| Plaintiff, | ) No. 23 CV 14021<br>) |
| v. | ) Judge Sunil R. Harjani<br>) |
| UNITED PARCEL SERVICE, INC. | ) Magistrate Judge Gabriel Fuentes<br>) |
| Defendant. | )<br>) |
| ===================== | )<br>) |
| KURT BERNABEI, | )<br>) |
| Plaintiff-Intervenor. | ) |

**JOINT MOTION FOR ENTRY OF AGREED CONFIDENTIALITY ORDER**

Plaintiff the Equal Employment Opportunity Commission ("EEOC"), Plaintiff-Intervenor Kurt Bernabei, and Defendant United Parcel Service, Inc., an Ohio corporation ("UPS"), pursuant to Federal Rule of Civil Procedure 26(c), jointly move to enter the attached Agreed Confidentiality Order and state as follows:

1. The EEOC and Intervenor-Plaintiff Bernabei bring claims against UPS under the Americans with Disabilities Act.

2. The parties anticipate that they will need to produce confidential and sensitive information relating to these claims, including, but not limited to, information related to individuals' medical conditions and financial information, personnel records for individuals involved in this lawsuit and others with no involvement, and certain UPS corporate business records that are maintained as confidential and protected from disclosure to third parties. The parties have an interest in protecting such confidential information.

3. The proposed Confidentiality Order is the Form Local Rule 26.2 Model Confidentiality Order with the parties' revisions to this form tracked in the document attached as Exhibit A. A clean version of the proposed order has also been submitted by email to Proposed_Order_Fuentes@ilnd.uscourts.gov contemporaneously with the filing of this Motion.

4. The proposed Confidentiality Order governs the parties' use of the documents produced and does not require the Court to keep any information confidential. Nor does it require that any item be filed under seal. Rather, in order to file a document under seal, the relevant party must comply with Local Rule 26.2.

WHEREFORE, the parties jointly request that this Court enter the attached Confidentiality Order.

Respectfully submitted,

DATE: May 28, 2024

| | |
|---|---|
| **WE SO MOVE** and agree to abide by the terms of this Order | **WE SO MOVE** and agree to abide by the terms of this Order |
| UNITED PARCEL SERVICE, INC. | U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION |
| By: s/Gary R. Clark | By: s/Laurie Elkin, w/permission |
| Gary R. Clark (ARDC #6271092)<br>Quarles & Brady LLP<br>300 N. LaSalle St., Ste. 4000<br>Chicago, IL 60654<br>(312) 715-5000<br>(312) 715-5155 (fax)<br>Gary.Clark@Quarles.com | Laurie Elkin<br>U.S. Equal Employment<br>  Opportunity Commission<br>Chicago District Office<br>230 S. Dearborn Street, Ste. 2920<br>Chicago, IL 60304<br>laurie.elkin@eeoc.gov |

**WE SO MOVE**
and agree to abide by the terms of this
Order

KURT BERNABEI, Plaintiff-Intervenor


By: _s/Paul W. Mollica,_
　　　w/permission

Paul W. Mollica
Jin-Ho Chung
Equip for Equality
20 N. Michigan Avenue, Suite 300
Chicago, IL 60602
paulm@equipforequality.org
JinHo@equipforequality.org