## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Equal Employment Opportunity Commission

                                            Plaintiff,

v.                                                        Case No.: 1:23−cv−14021

                                                                     Honorable Sunil R. Harjani

United Parcel Service

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 28, 2024:

      MINUTE entry before the Honorable Gabriel A. Fuentes: With the parties reporting that that they expect to resort to private mediation in or about October 2024 (doc. #[52]), the fact discovery cutoff is suspended at their request, and they have leave to pursue settlement−related discovery by consent. A further status report on discovery scheduling and settlement status is due at noon on 11/1/24. If the matter does not settle and discovery needs to resume, the parties can expect a brisk schedule. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.