## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Equal Employment Opportunity Commission
                                              Plaintiff,

v.                                                                                     Case No.: 1:23−cv−14021
                                                                                      Honorable Sunil R. Harjani

United Parcel Service
                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 23, 2024:

      MINUTE entry before the Honorable Sunil R. Harjani: In light of the ongoing proceedings before Magistrate Judge Fuentes, in−person status hearing set for 10/1/2024 is reset to 12/3/2024 at 9:30 a.m. With respect to any anticipated motion for summary judgment, the Court requires the moving party to file a status report addressing the applicable law and explaining in detail why there are no genuine issues of material fact and why the moving party is entitled to judgment as a matter of law. **The moving party shall file the status report one week in advance of the in−person status conference.** Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.