**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Equal Employment Opportunity Commission
                              Plaintiff,

v.                                                      Case No.: 1:23–cv–14021
                                                      Honorable Sunil R. Harjani

United Parcel Service
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 5, 2024:

      MINUTE entry before the Honorable Gabriel A. Fuentes: The Court has reviewed the parties' joint status report (doc. #[55]) reporting that their private mediation efforts were unsuccessful, and the remaining discovery will entail completion of written discovery and up to 90 depositions to be completed by a proposed fact cutoff of 5/1/26, more than a year and a half from now. Before entering a discovery schedule in this case, the Court schedules an initial discovery status conference for 11 a.m. on 11/12/24 in Courtroom 1342 of the Dirksen U.S. Courthouse. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.