**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Equal Employment Opportunity Commission
                            Plaintiff,

v.                                          Case No.: 1:23–cv–14021
                                                        Honorable Sunil R. Harjani

United Parcel Service
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 12, 2024:

      MINUTE entry before the Honorable Gabriel A. Fuentes: Status hearing held. The deadline for Phase 1 discovery, which is to be of the scope discussed on the record, is set for 5/14/25. A joint status report on discovery and settlement status is to be filed on the docket by noon on 4/24/25. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.