**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Equal Employment Opportunity Commission
                                       Plaintiff,

v.                                                  Case No.: 1:23−cv−14021
                                                  Honorable Sunil R. Harjani

United Parcel Service
                                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, November 21, 2024:

      MINUTE entry before the Honorable Sunil R. Harjani: In light of the ongoing discovery before Magistrate Judge Fuentes, in−person status hearing set for 12/3/2024 and status report previously due 11/26/2024 are stricken. A tracking status set for 5/6/2025. Appearance is not required. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.