# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
## Eastern Division

Equal Employment Opportunity Commission

                                  Plaintiff,

v.                                                    Case No.: 1:23–cv–14021

                                                              Honorable Sunil R. Harjani

United Parcel Service

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 20, 2024:

       MINUTE entry before the Honorable Sunil R. Harjani: Motion to appear pro hac vice by Attorney Judith A. Williams–Killackey for United Parcel Service [71] is granted. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.