**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Equal Employment Opportunity Commission
                    Plaintiff,

v.                    Case No.: 1:23−cv−14021
                    Honorable Sunil R. Harjani

United Parcel Service
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 28, 2025:

      MINUTE entry before the Honorable Gabriel A. Fuentes: On the EEOC motion to modify subpoenas (doc. #[74]), a motion hearing is set for 1:30 p.m. on 4/1/25 in courtroom 1342 of the Dirksen courthouse. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.