## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Equal Employment Opportunity Commission
                                 Plaintiff,

v.                                                     Case No.: 1:23−cv−14021
                                                             Honorable Sunil R. Harjani

United Parcel Service
                                 Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 1, 2025:

      MINUTE entry before the Honorable Gabriel A. Fuentes: Hearing held on Plaintiff's motion for protective order and to modify subpoenas directed to former employers (doc. #[74]). For the reasons stated on the record, the motion is partially granted and partially denied. The parties are directed to confer and submit a proposed order to the Court's proposed order inbox at Proposed_Order_Fuentes@ilnd.uscourts.gov. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.