IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | No. 23 CV 14021 |
| v. | ) ) | Judge Sunil Harjani |
| UNITED PARCEL SERVICE, INC. | ) ) | Magistrate Judge Gabriel A. Fuentes |
| Defendant. | ) ) | |
| = = = = = = = = = = = = = = = = = = = = = = | ) ) | |
| KURT BERNABEI, | ) ) | |
| Plaintiff-Intervenor. | ) ) | |

**ORDER REGARDING EEOC'S MOTION FOR A PROTECTIVE ORDER AND TO MODIFY SUBPOENAS DIRECTED TO FORMER EMPLOYERS (Dkt. #74)**

The Court GRANTS in part and DENIES in part EEOC's Motion (Dkt #74).

The proposed subpoenas at issue in EEOC's Motion will be amended to reflect the following language:

Any and all records related to hours worked, wages paid, and benefits offered, any reports on driving records, accidents, moving violations, and driving performance.

**SO ORDERED** this 2nd day of April 2025.

_____
Hon. Gabriel A. Fuentes
U.S. Magistrate Judge