IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) ) | |
| Plaintiff | ) ) | CIVIL ACTION NO. 23-CV-14021 |
| v. | ) ) ) | Judge Sunil R Harjani Magistrate Judge Gabriel A Fuentes |
| UNITED PARCEL SERVICE, | ) ) | |
| Defendant. | ) ) ) | |
| ================================= | ) | |
| KURT BERNABEI, | ) ) | |
| Plaintiff-Intervenor. | ) ) ) ) | |

**JOINT STATUS REPORT**

As directed in Dkt. 58 by the Court, the parties provide the following report on discovery and settlement efforts:

The parties have exchanged several rounds of written discovery relevant to the Plaintiffs' claims regarding UPS's 2019 policy that it did not accept the Federal Motor Carrier Safety Administration hearing exemption for Department of Transportation ("DOT") regulated positions and to the 11 "Phase 1" Aggrieved Individuals (including Plaintiff-Intervenor Kurt Bernabei). The parties continue to confer regarding written discovery and to provide supplemental responses. The parties have scheduled approximately 25 fact witness depositions relevant to Phase 1 Aggrieved Individuals and UPS corporate policy and expect to complete these depositions by May 31, 2025. The parties have also started the meet and confer process for conducting a 30(b)(6) deposition of UPS on a variety of topics as noticed by the EEOC.

1

After Phase 1 of discovery, the parties intend to revisit settlement discussions with retired Magistrate Judge Morton Denlow, who has indicated he will speak with the parties via phone to attempt to resolve the case. The parties have also reached out to Judge Denlow's office regarding his availability in June and July 2025, in case it becomes evident that a more formal mediation session is needed.

If these renewed settlement discussions are unsuccessful, the parties expect to be able to meet the deadlines previously proposed in their November 1, 2024 status report for the completion of fact discovery (including discovery regarding the remaining 22 Aggrieved Individuals), expert discovery, and dispositive motions (ECF No. 55).

Dated: April 24, 2025

Respectfully submitted,

FOR PLAINTIFF EEOC:

*s/ Laurie S. Elkin*
Laurie S. Elkin
Elizabeth B. Banaszak
Kelly Bunch
Trial Attorneys
U.S. Equal Employment Opportunity
Commission, Chicago District Office
230 S. Dearborn St., Suite 2090
Chicago, IL 60604
laurie.elkin@eeoc.gov
(312) 872-9708

FOR DEFENDANT UNITED PARCEL SERVICE, INC. an Ohio corporation:

*s/ Gary Clark*
Gary Clark
Quarles & Brady LLP
300 N LaSalle St., Suite 4000
Chicago, IL 60654
Gary.Clark@quarles.com
(312) 715-5040

Kristin Foster
411 East Wisconsin Ave, Suite 2400
Milwaukee, WI 53202
Kristen.Foster@quarles.com
414-277-5136

FOR PLAINTFF INTERVENOR:
*s/ Jin-Ho Chung*
Paul W. Mollica
Jin-Ho Chung
Equip For Equality
20 N. Michigan Ave., Suite 300
Chicago, IL 60602
paulm@equipforequality.org
jinho@equipforequality.org
(312) 341-0022 (direct (312) 895-7350)