# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
## Eastern Division

Equal Employment Opportunity Commission
                                                              Plaintiff,

v.                                                            Case No.: 1:23−cv−14021
                                                              Honorable Sunil R. Harjani

United Parcel Service
                                                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 24, 2025:

    MINUTE entry before the Honorable Gabriel A. Fuentes: On review of the status report (doc. #[79]), the discovery schedule (doc. #[58]) stands, and a further discovery and settlement status report is due one business day after the private mediation concludes, or at noon on 5/29/25, whichever is earlier. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.