AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| U.S. Equal Employment Opportunity Commission | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 23-cv-14021 |
| United Parcel Service | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States Equal Employment Opportunity Commission                                                                    .

Date: 05/06/2025

s/ Leslie N. Carter
*Attorney's signature*

Leslie N. Carter (IL Bar No. 6311023)
*Printed name and bar number*
U.S. Equal Employment Opportunity Commission
310 W. Wisconsin Ave, Suite 500
Milwaukee, WI 53203

*Address*

leslie.carter@eeoc.gov
*E-mail address*

(414) 662-3711
*Telephone number*

*FAX number*