AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois

| U.S. EEOC | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 23-cv-14021 |
| United Parcel Service | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States Equal Employment Opportunity Commission .

Date: 05/06/2025

s/Carrie Vance
*Attorney's signature*

Carrie Vance (WI Bar # 1056606)
*Printed name and bar number*
U.S. EEOC
310 W. Wisconsin Ave., Suite 500
Milwaukee, WI 53203

*Address*

carrie.vance@eeoc.gov
*E-mail address*

(414) 662-3686
*Telephone number*

*FAX number*