## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Equal Employment Opportunity Commission
                                                  Plaintiff,

v.                                                               Case No.: 1:23–cv–14021
                                                                   Honorable Sunil R. Harjani

United Parcel Service
                                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 30, 2025:

      MINUTE entry before the Honorable Gabriel A. Fuentes: The Court construes the joint status report (doc. #84) as a joint motion to extend the deadline for Phase 1 discovery. That motion is granted, and Phase I deposition discovery is set to close on 6/13/25. With private mediation likely in early July, the next discovery and settlement status report is due at noon on 7/11/25. Mailed notice. (kl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.