**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | ) ) ) | |
| **Plaintiff** | ) ) | **CIVIL ACTION NO. 23-CV-14021** |
| **v.** | ) ) | |
| **UNITED PARCEL SERVICE,** | ) ) | **Judge Sunil Harjani** |
| **Defendant.** | ) ) | **Magistrate Judge Gabriel A. Fuentes** |
| | ) ) ) ) | |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Rule 83.17 of the Local Rules of the United States District Court for the Northern District of Illinois, the Equal Employment Opportunity Commission ("EEOC") requests that this Court grant Laurie S. Elkin leave to withdraw her appearance as one of the attorneys of record for the EEOC in this matter. In support of this motion, the EEOC states as follows:

1. Ms. Elkin recently resigned from the EEOC.

2. The EEOC will continue to be represented in this matter by other counsel of record from the EEOC.

WHEREFORE, the EEOC respectfully requests that this Court grant Laurie S. Elkin leave to withdraw as one of the attorneys of record for the EEOC in this action.

Respectfully submitted,

*Laurie S. Elkin*

Senior Trial Attorney
EEOC
230 S. Dearborn, Ste. 2920
Chicago, IL 60604
(312) 872-9708